# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### MONROE DIVISION

**EDNA CARTER**                                    **CASE NO.  3:20-CV-01328**

**VERSUS**                                         **JUDGE TERRY A. DOUGHTY**

**BROOKSHIRE GROCERY CO ET AL**        **MAG. JUDGE KAYLA D. MCCLUSKY**

## JUDGMENT

For the reasons set forth in this Court's ruling,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Brookshire's Motion for

Summary Judgment [Doc. No. 25] is **GRANTED.**

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that all claims of Edna

Carter against Brookshire Grocery Co., et al are **DISMISSED WITH PREJUDICE**.

MONROE, LOUISIANA, this 6th day of December 2021.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE